AO 91 (Rev 8/01)   Criminal Complaint

United States District Court
Southern District of Texas
FILED

APR 18 2019

David J. Bradley, Clerk

# United States District Court

**SOUTHERN DISTRICT OF TEXAS**
**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Erika Araceli Robles-Guerrero

IAE   YOB: 1991
Mexico
(Name and Address of Defendant)

## CRIMINAL COMPLAINT

Case Number: M-19-0867-M

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __April 16, 2019__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*

being then and there an alien who had previously been deported from the United States to Mexico in pursuance of law, and thereafter was found near Cuevitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) **Senior Patrol Agent** and that this complaint is based on the following facts:

Erika Araceli Robles-Guerrero was encountered by Border Patrol Agents near Cuevitas, Texas on April 16, 2019. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on April 16, 2019, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on April 13, 2019 through Hidalgo, Texas. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On October 29, 2013, the defendant was convicted of Aggravated Robbery and sentenced to five (5) years probation.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Approved by Amy L. Greenbaum 4/18/2019
*Amy L. Greenbaum*

Sworn to before me and subscribed in my presence,

April 18, 2019   8:34 am

Signature of Complainant
Carlos Sanchez   Senior Patrol Agent

Peter E. Ormsby, U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer